

**COLVERT ICE CREAM & DAIRY PRODUCTS COMPANY v. CHICKASHA BUILDING & LOAN ASSOCIATION.**

No. 1064.

Circuit Court of Appeals, Tenth Circuit.

March 24, 1934.

Barefoot & Carmichael, of Chickasha, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**COMMERCE TRUST COMPANY v. Cora JORDAN et al.**

No. 939.

Circuit Court of Appeals, Tenth Circuit.

Feb. 8, 1934.

Gotwals, Gibson, Killey & Gibson, of Muskogee, Okl. (Hugh M. Hiller, of Kansas City, Mo., on the brief), for appellant.

Clark Nichols, of Eufaula, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**COMMISSIONER OF INTERNAL REVENUE v. Robert BAUMANN.**

No. 5219.

Circuit Court of Appeals, Seventh Circuit.

April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

**COMMISSIONER OF INTERNAL REVENUE v. A. W. BROECKER'S ESTATE.**

No. 5216.

Circuit Court of Appeals, Seventh Circuit.

April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

**COMMISSIONER OF INTERNAL REVENUE v. May W. DAVIDSON.**

No. 5227.

Circuit Court of Appeals, Seventh Circuit.

April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.